## ADAMS EXPRESS COMPANY v. STATE.

[No. 19,937.   Filed June 26, 1903.   Rehearing denied October 28, 1903.]

From Jackson Circuit Court; *T. B. Buskirk*, Judge.

Action by the State against the Adams Express Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*O. H. Montgomery, Albert Baker* and *Edward Daniels*, for appellant.
*W. L. Taylor*, Attorney-General, *S. M. Hudson, T. M. Honan, F. M. Trissal, J. H. Shea, T. J. Brooks* and *S. R. Hamill*, for appellee.

DOWLING, J.—The questions arising in the record in this case are the same as in *Adams Express Co.* v. *State, ante,* 328, and on the authority of that case the judgment is affirmed.

## OIL WELL SUPPLY COMPANY v. STRANAHAN, RECEIVER.

[No. 20,228.   Filed January 12, 1904.]

From Grant Superior Court; *Hiram Brownlee*, Judge.

Action by the Oil Well Supply Company against Benjamin J. Stranahan, receiver of the South Marion Coöperative Gas & Oil Company and the Harmony Gas & Oil Company. From a judgment for defendant, plaintiff appeals. Transferred from Appellate Court, under §1337u Burns 1901. *Affirmed.*

*P. B. Manley* and *S. L. Stricler*, for appellant.
*H. M. Elliott* and *G. M. Elliott*, for appellee.

JORDAN, J.—Appellant sold and furnished material and machinery to the oil and gas companies of which appellee is the receiver when said companies were going concerns. The material and machinery so sold and furnished were used by the companies in and about the construction of certain gas and oil-wells owned by them and which were situated on leased premises in Grant county, Indiana. Both of these companies at the time the material and machinery in question were furnished were in failing circumstances and insolvent.

Appellant unsuccessfully sought by petition in the lower court to have its claims for such material and machinery declared preferred debts under the provisions of §7255 Burns 1901, without having filed any notice of its intention to hold a lien as required by §7257 Burns 1901.

The question, and the sole one presented in this case, is the same as that involved in the appeal of *National Supply Co.* v. *Stranahan, ante,* 602. Under the decision in that case the judgment in the case at bar is affirmed.